UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Federal Deposit Insurance Corporation,
As Receiver for GulfSouth Private Bank

    Plaintiff,

Case: 3:13-cv-14-MCR-CJK

vs.

Mark W. Shoemaker

    Defendant.
_____/

**FDIC-R'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS**
**WITHOUT PREJUDICE**

Plaintiff Federal Deposit Insurance Corporation, in its capacity as Receiver for GulfSouth Private Bank ("FDIC-R"), pursuant to Fed. R. Civ. P. 41(a)(2), files this unopposed motion to voluntarily dismiss this action without prejudice, with each party to bear its own costs and attorney fees, showing to the Court the following:

    1.    On November 20, 2013, the Court automatically stayed and administratively closed this case [Doc 48] as a consequence of the Chapter 7 bankruptcy petition filed by Defendant Mark W. Shoemaker ("Shoemaker") in the United States Bankruptcy Court for the Middle District of Alabama, Case No. 13-39202 on October 28, 2013.

    2.    On November 20, 2013, the Court granted the Motion to Withdraw filed by Shoemaker's attorneys, Augusta S. Dowd, Katherine R. Brown, and C. Burton Dunn [Doc 47].

    3.    On November 27, 2013, counsel for Plaintiff received a letter of intent to withdraw as counsel by Samuel B. Taylor, Shoemaker's remaining counsel of record in this action.

    4.    Plaintiff represents that no counterclaim, cross claim, or third-party claim has been filed by Shoemaker and therefore dismissal is appropriate under Fed. R. Civ. P. 41(a)(2).

5.  The dismissal of this action will not prejudice any party.

6.  In accordance with N.D. Fla. Loc. R. 7.1(B), Plaintiff hereby certifies that counsel for FDIC-R has conferred with opposing counsel, Samuel B. Taylor, attorney of record for Shoemaker, and with Shoemaker's bankruptcy counsel, James L. Day, regarding this Motion, and states that Shoemaker, without waiving any of his rights under the automatic stay of 11 U.S.C. 362, consents to the relief sought in this Motion.

WHEREFORE, FDIC-R requests that the Court enter an order dismissing this case without prejudice, with each party to bear its own costs and attorney fees.

| *Attorneys for FDIC-R* ||
|---|---|
| *Crew & Crew, P.A.*<br>*238 Miracle Strip Parkway SW*<br>*Ft. Walton Beach, FL 32548*<br>*(850) 244-0400; fax 244-4488*<br>*Secondary email: service@crewlaw.com* | */s/ Jill W. Crew (FBN 81205)*<br>*jill@crewlaw.com*<br>*Michael H. Crew (FBN 81213)*<br>*mike@crewlaw.com* |

I certify that on December 2, 2013, a copy of this document was served by Notice of Electronic Filing upon all other parties who appeared in this case.

Exhibit A - Voluntary Petition